# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORNERED, INC.,<br><br>    *Plaintiff*,<br><br>v.<br><br>DOES 1-2177,<br><br>    *Defendants*. | Civil Action No. 10-01476 (CKK) |

# ORDER
(October 22, 2010)

For the reasons stated in the accompanying Memorandum Opinion, it is, this 22nd day of October, 2010, hereby

**ORDERED** that Plaintiff's [4] Motion for Leave to Take Discovery Prior to Rule 26(f) Conference is GRANTED; it is further

**ORDERED** that Plaintiff is allowed to serve immediate discovery on the internet service providers ("ISPs") identified in Exhibit A of the Complaint, Docket No. [1-1], to obtain the identity of each John Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each John Doe Defendant, including the individual's name, current and permanent address, telephone number, e-mail address, and Media Access Control address; it is further

**ORDERED** that Plaintiff is allowed to serve a Rule 45 subpoena in the same manner as above to any ISP identified in response to a subpoena as providing online services and/or network access to one of the John Doe Defendants; it is further

**ORDERED** that any information disclosed to Plaintiff in response to a Rule 45 subpoena

may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in the Complaint; it is further

**ORDERED** that, if and when an ISP is served with a subpoena, the ISP shall give written notice, which may include e-mail notice, to the subscribers in question within five (5) business days; it is further

**ORDERED** that, if the ISP and/or any Defendant wants to move to quash a subpoena, the party must do so before the return date of the subpoena, which shall be no earlier than thirty (30) days from the date of service; it is further

**ORDERED** that the ISP shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash; it is further

**ORDERED** that Plaintiff shall provide each ISP with a copy of this Order and the accompanying Memorandum Opinion with its subpoenas; and it is further

**ORDERED** that, on or before December 17, 2010, Plaintiff shall file a Status Report with the Court briefly outlining its progress, including providing an expected completion date of the discovery allowed by this Order.

**SO ORDERED.**

                                                                  /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge