**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| CORNERED, INC.                                                   ) | |
|       Plaintiff,                                       ) | |
| v.                                                         ) | CA. 1:10-cv-01476-CKK-JMF |
| DOES 1 – 2,177                           ) | |
|       Defendants.                                  ) | |

## PLAINTIFF'S STATUS REPORT PURSUANT TO COURT'S ORDER OF 01/03/11 [DOC. NO. 11]

Plaintiff submits this statement regarding its progress pursuant to the Court's Order of January 3, 2011. [Doc. No. 11]

To briefly remind the court, Plaintiff has identified certain Defendants who have unlawfully copied and distributed Plaintiff's motion picture, "*The Cornered!*," over the Internet. Plaintiff's complaint was filed on August 30, 2010. [Doc. No. 1] At the time of filing its Complaint, Plaintiff was only been able to identify the Doe Defendants by their Internet Protocol ("IP") and the date and time of alleged infringement. The only way that Plaintiff can determine Defendants' actual names is from the Internet Service Providers ("ISPs") to which Defendants subscribe and from which Defendants obtain Internet access, as this information is readily available to the ISPs from documents they keep in the regular course of business.

On October 22, 2010, the Court granted Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference. [See Doc. Nos. 4-6] Shortly after the Court's Order approving Plaintiff to conduct discovery, Plaintiff confirmed the ISPs listed below as potential subjects of discovery requests. At that time, Plaintiff's counsel began discussions with those ISPs to determine their ability to respond to any subpoenas. Pursuant to the Court's Order,

Plaintiff has formally served some of the ISPs with subpoenas to identify the Doe Defendants and is in the process of serving additional subpoenas to other ISPs. Plaintiff provides the following table outlining its progress in conducting the discovery allowed:

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|---|---|---|---|---|---|---|
| Alltel | 12/8/2010 | 1/31/2011 | 5 | 1/4/2011 | 5 | No Doe Defendants served to date; Plaintiff has sent correspondence to these 5 Doe Defendants this second week of January 2011 regarding potential settlement |
| AT&T/SBC | 12/21/2010 | 3/31/2011; 6/30/2011; 9/30/2011; 12/23/2011 | 199 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production dates |
| Atlantic Broadband | 12/21/2010 | 3/31/2011 | 4 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Bresnan | 12/21/2010 | 2/28/2010 | 1 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Charter | 12/21/2010 | 3/31/2011 | 58 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|---|---|---|---|---|---|---|
| Clearwire | 12/21/2010 | 3/31/2011 | 32 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Comcast | 12/23/2010 | 7/29/2011 | 479 | | | |
| Cox | 12/21/2010 | 3/31/2011 | 88 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Earthlink | | | 1 | | 0 | ISP does not have identifying information for this IP address |
| Fairpoint | 12/21/2010 | 3/31/2011 | 11 | | 0 | ISP was unable to locate any identifying information for these IP addresses |
| Frontier | 12/8/2010 | 1/31/2011 | 14 | | | |
| Insight | 12/21/2010 | 3/31/2011 | 10 | | | |
| Mediacom | 12/23/2010 | 3/31/2011 | 18 | | | |
| Optimum/ Cablevision | | | 33 | | | ISP has objected that Court's order does not properly authorize discovery |
| Qwest | | | 66 | | | Plaintiff's counsel is in discussions with ISP to determine ISP's ability to comply by a date certain |

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|---|---|---|---|---|---|---|
| RCN | 12/10/2010 | 1/10/2011 | 4 | | | |
| Sprint | 12/21/2010 | 2/28/2010 | 13 | | | |
| Suddenlink | 12/23/2010 | 1/31/2011 | 13 | | | |
| Time Warner/ Road Runner | | | 396 | | | Time Warner has stated that it will not comply with any subpoena that requests information for IP addresses in addition to the 28 IP addresses it has been ordered to produce in two similar cases pending in front of Judge Collyer |
| Verizon | 12/21/2010 | 7/29/2011 | 160 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Wave | 12/23/2010 | 2/28/2010 | 2 | | | |
| WideOpenWest | 12/8/2010 | 1/31/2011 | 10 | | | |
| Windstream | 11/11/2010 | 12/23/2010 | 44 | 12/1/2010 | 32 | No Doe Defendants served to date; Plaintiff has sent correspondence to all of these Doe Defendants this second week of January 2011 regarding potential settlement except one, which Plaintiff is in discussions with ISP regarding proper identification |

As indicated above, Plaintiff's counsel is still working with a number of ISPs in an attempt to reduce any burdens on the ISPs, work out agreeable schedules for production, and avoid any motions practice in court. Plaintiff's counsel anticipates receiving productions from a majority of the ISPs by April 2011. Pursuant to the Court's Order, Plaintiff will file proofs of service or a status report on or before Friday, February 11, 2011 regarding Doe Defendants for whom identifying information has been obtained as of January 14, 2011, and Plaintiff will file proofs of service for all Doe Defendants or a status report on or before Thursday, March 3, 2011, should that remain the Court's orders subsequent to this status report.

DATED: January 13, 2011

Respectfully submitted,
Cornered, Inc.

By: /s/
Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorneys for the Plaintiff*