UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CORNERED, INC. | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CA. 1:10-cv-01476-CKK-JMF |
| | ) | |
| DOES 1 – 2,177 | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

## PLAINTIFF'S REVISED STATUS REPORT PURSUANT TO COURT'S ORDER OF 01/13/11 [DOC. NO. 14]

Plaintiff submits this revised status report pursuant to the Court's Order of January 13, 2011.  [Doc. No. 14]

To briefly remind the court, Plaintiff has identified certain Defendants who have unlawfully copied and distributed Plaintiff's motion picture, "*The Cornered!*," over the Internet. Plaintiff's complaint was filed on August 30, 2010.  [Doc. No. 1]  At the time of filing its Complaint, Plaintiff was only been able to identify the Doe Defendants by their Internet Protocol ("IP") and the date and time of alleged infringement.  The only way that Plaintiff can determine Defendants' actual names is from the Internet Service Providers ("ISPs") to which Defendants subscribe and from which Defendants obtain Internet access, as this information is readily available to the ISPs from documents they keep in the regular course of business.

On October 22, 2010, the Court granted Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference.  [See Doc. Nos. 4-6]  Shortly after the Court's Order approving Plaintiff to conduct discovery, Plaintiff confirmed the ISPs listed below as potential subjects of discovery requests.  At that time, Plaintiff's counsel began discussions with those ISPs to determine their ability to respond to any subpoenas.  Pursuant to the Court's Order,

1

Plaintiff has formally served some of the ISPs with subpoenas to identify the Doe Defendants

and is in the process of serving additional subpoenas to other ISPs.  Plaintiff provides the

following table outlining its progress in conducting the discovery allowed:

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|-----|--------------------|---------------------------|---------------|--------------------|--------------|-------------------------------------|
| Alltel | 12/8/2010 | 1/31/2011 | 5 | 1/4/2011 | 5; 2 Doe Defendants[1] | No Doe Defendants served to date; Plaintiff has sent correspondence to these Doe Defendants this second week of January 2011 regarding potential settlement |
| AT&T/SBC | 12/21/2010 | 3/31/2011; 6/30/2011; 9/30/2011; 12/23/2011 | 199 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production dates |
| Atlantic Broadband | 12/21/2010 | 3/31/2011 | 4 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Bresnan | 12/21/2010 | 2/28/2010 | 1 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |

---

[1]  Although Plaintiff received information for 5 IP addresses, 4 of those IP addresses actually pertain to one Doe Defendant.  Therefore, this subpoena resulted in the identification of only two Doe Defendants.  See Ex. 1 hereto.

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|---|---|---|---|---|---|---|
| Charter | 12/21/2010 | 3/31/2011 | 58 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Clearwire | 12/21/2010 | 3/31/2011 | 32 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Comcast | 12/23/2010 | 7/29/2011 | 479 | | | |
| Cox | 12/21/2010 | 3/31/2011 | 88 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Earthlink | | | 1 | | 0 | ISP does not have identifying information for this IP address |
| Fairpoint | 12/21/2010 | 3/31/2011 | 11 | | 0 | ISP was unable to locate any identifying information for these IP addresses |
| Frontier | 12/8/2010 | 1/31/2011 | 14 | | | |
| Insight | 12/21/2010 | 3/31/2011 | 10 | | | |
| Mediacom | 12/23/2010 | 3/31/2011 | 18 | | | |
| Optimum/ Cablevision | | | 33 | | | ISP has objected that Court's order does not properly authorize discovery |
| Qwest | | | 66 | | | Plaintiff's counsel is in discussions with ISP to determine ISP's ability to comply by a date certain |

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|-----|------|------|------|------|------|------|
| RCN | 12/10/2010 | 1/10/2011 | 4 | | | |
| Sprint | 12/21/2010 | 2/28/2010 | 13 | | | |
| Suddenlink | 12/23/2010 | 1/31/2011 | 13 | | | |
| Time Warner/ Road Runner | | | 399* Plaintiff's counsel mistakenly failed to include 3 IP addresses assigned to "Time Warner Telecom" in its previous calculation of Time Warner IP addresses | | | Time Warner has stated that it will not comply with any subpoena that requests information for IP addresses in addition to the 28 IP addresses it has been ordered to produce in two similar cases pending in front of Judge Collyer |
| Verizon | 12/21/2010 | 7/29/2011 | 160 | | | Plaintiff's counsel still in discussions with ISP to confirm ability to comply by requested production date |
| Wave | 12/23/2010 | 2/28/2010 | 2 | | | |
| WideOpenWest | 12/8/2010 | 1/31/2011 | 10 | | | |
| Windstream | 11/11/2010 | 12/23/2010 | 44 | 12/1/2010 | 43; 32[2] | No Doe Defendants served to date; Plaintiff has sent correspondence to all of these Doe Defendants this second week of January 2011 regarding potential settlement |

---

[2]  Plaintiff received information for 43 IP addresses.  Because Windstream was unable to produce identifying information for some IP addresses, and because some Doe Defendants accounted for multiple IP addresses, this subpoena resulted in the identification of 32 Doe Defendants.  See Ex. 1 hereto.

As indicated above, Plaintiff's counsel is still working with a number of ISPs in an attempt to reduce any burdens on the ISPs, work out agreeable schedules for production, and avoid any motions practice in court.  Plaintiff's counsel anticipates receiving productions from a majority of the ISPs by April 2011.

Plaintiff provides the following table explaining the discrepancy between the number of IP addresses listed in the above table (1,664) and the 2,177 Doe Defendants identified in Ex. A to the Complaint [Doc. No. 1-1]:

| ISP | IPs in Ex. A to Complaint | IPs Requested | Notes/Additional Useful Information |
|---|---|---|---|
| Alltel | 5 | 5 | |
| America Online | 2 | 0 | ISP cannot identify IP addresses based on retention policy; Plaintiff will not serve subpoena |
| Armstrong | 7 | 0 | ISP did not retain records, cannot identify IP addresses, and otherwise objected; Plaintiff will not serve subpoena |
| AT&T/SBC/BellSouth | 355 | 199 | ISP cannot identify certain IP addresses based on retention policy and Plaintiff further agreed to reduce request to reduce burden on ISP |
| Atlantic Broadband | 4 | 4 | |
| Bresnan | 2 | 1 | ISP cannot identify certain IP address based on retention policy |
| Cable One | 17 | 0 | ISP did not retain records, cannot identify IP addresses, and otherwise objected; Plaintiff will not serve subpoena |
| Cebridge | 4 | 0 | ISP did not retain records or cannot identify IP addresses; Plaintiff will not serve subpoena |
| Cellco/Verizon Wireless | 41 | 0 | ISP cannot identify IP addresses based on retention policy; Plaintiff will not serve subpoena |
| CenturyTel | 26 | 0 | ISP cannot identify IP addresses; Plaintiff will not serve subpoena |
| Charter | 69 | 58 | ISP cannot identify certain IP addresses based on retention policy |

| ISP | IPs in Ex. A to Complaint | IPs Requested | Notes/Additional Useful Information |
|---|---|---|---|
| Clearwire | 39 | 32 | ISP cannot identify certain IP addresses based on retention policy |
| Comcast | 576 | 479 | ISP cannot identify certain IP addresses based on retention policy and Plaintiff agreed to reduce request to reduce burden on ISP |
| Cox | 114 | 88 | ISP cannot identify certain IP addresses based on retention policy and Plaintiff agreed to reduce request to reduce burden on ISP |
| DSL Extreme | 1 | 0 | ISP cannot identify IP addresses based on retention policy; Plaintiff will not serve subpoena |
| Earthlink | 17 | 1 | ISP cannot identify certain IP addresses based on retention policy and Plaintiff agreed to reduce request to reduce burden on ISP |
| Embarq | 24 | 0 | ISP cannot identify IP addresses; Plaintiff will not serve subpoena |
| Fairpoint | 11 | 11 | |
| Frontier | 14 | 14 | |
| Fuse | 4 | 0 | ISP did not retain records or cannot identify IP addresses; Plaintiff will not serve subpoena |
| Insight | 14 | 10 | ISP cannot identify certain IP addresses based on retention policy |
| Knology | 5 | 0 | ISP did not retain records or cannot identify IP addresses; Plaintiff will not serve subpoena |
| Level 3 | 1 | 0 | ISP did not retain records or cannot identify IP addresses; Plaintiff will not serve subpoena |
| Mediacom | 22 | 18 | ISP cannot identify certain IP addresses based on retention policy |
| Midcontinent | 1 | 0 | ISP cannot identify IP address based on retention policy; Plaintiff will not serve subpoena |
| Optimum/ Cablevision | 33 | 33 | ISP has objected that Court's order does not properly authorize discovery |
| PenTeleData | 2 | 0 | ISP did not retain records or cannot identify IP addresses; Plaintiff will not serve subpoena |
| Qwest | 66 | 66 | |
| RCN | 4 | 4 | |

| ISP | IPs in Ex. A to Complaint | IPs Requested | Notes/Additional Useful Information |
|---|---|---|---|
| Sprint | 18 | 13 | ISP cannot identify certain IP addresses based on retention policy |
| Suddenlink | 14 | 13 | ISP cannot identify certain IP addresses based on retention policy |
| Surewest | 1 | 0 | ISP did not retain records or cannot identify IP address; Plaintiff will not serve subpoena |
| TDS Telecom | 2 | 0 | ISP did not retain records or cannot identify IP addresses; Plaintiff will not serve subpoena |
| Time Warner/ Road Runner | 399 | 399 | Time Warner has stated that it will not comply with any subpoena that requests information for IP addresses in addition to the 28 IP addresses it has been ordered to produce in two similar cases pending in front of Judge Collyer; Plaintiff's counsel mistakenly failed to include 3 IP addresses assigned to "Time Warner Telecom" in its previous calculation of Time Warner IP addresses; Plaintiff plans to not serve subpoena |
| Verizon | 205 | 160 | ISP cannot identify certain IP addresses based on retention policy and Plaintiff agreed to reduce request to reduce burden on ISP |
| Wave | 3 | 2 | ISP cannot identify certain IP address based on retention policy |
| WideOpenWest | 10 | 10 | |
| Windstream | 44 | 44 | |
| XO Communications | 1 | 0 | ISP did not retain records or cannot identify IP address; Plaintiff will not serve subpoena |
| *TOTALS* | *2177* | *1664* | |

Attached as Exhibit 1 hereto is a list identifying the IP addresses for which Plaintiff has received a production from the ISPs as of the filing of the list and a description of the corresponding information related to each IP address. Additionally, Plaintiff asserts that it has not sought to subpoena ISPs for the identities of individuals beyond the 2,177 Doe Defendants identified in the Complaint and Ex. A to the Complaint. [Doc. Nos. 1 and 1-1]

DATED:  January 13, 2011

Respectfully submitted,
Cornered, Inc.

By:    /s/_____

Thomas M. Dunlap (D.C. Bar # 471319)
Nicholas A. Kurtz (D.C. Bar # 980091)
DUNLAP, GRUBB & WEAVER, PLLC
1200 G Street, NW Suite 800
Washington, DC 20005
Telephone: 202-316-8558
Facsimile: 202-318-0242
tdunlap@dglegal.com
nkurtz@dglegal.com
*Attorneys for the Plaintiff*