## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CORNERED, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CA. 1:10-cv-01476-JEB-JMF** |
| | ) | |
| **HARRY MARTIN and DOES 1 – 1,480** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### PLAINTIFF'S STATUS REPORT PURSUANT TO COURT'S ORDER OF 03/07/11
### [DOC. NO. 30]

Plaintiff submits this status report pursuant to the Court's Order of March 7, 2011.  [Doc. Nos. 30]

To briefly remind the Court, Plaintiff has identified certain Defendants who have unlawfully copied and distributed Plaintiff's motion picture, "*The Cornered!*," over the Internet. Plaintiff's complaint was filed on August 30, 2010.  [Doc. No. 1][1]  At the time of filing its Complaint, Plaintiff was only able to identify the Doe Defendants by their IP address and the date and time of alleged infringement.  The only way that Plaintiff can determine Defendants' actual names is from the Internet Service Providers ("ISPs") to which Defendants subscribe and from which Defendants obtain Internet access, as this information is readily available to the ISPs from documents they keep in the regular course of business.

On October 22, 2010, the Court granted Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference.  [See Doc. Nos. 4-6]  Shortly after the Court's Order approving Plaintiff to conduct discovery, i.e. on or about October 23, 2010, Plaintiff confirmed

---

[1] On February 10, 2011, Plaintiff filed its First Amended Complaint and named Harry Martin and Does 1-1,536 as Defendants.  [Doc. No. 17]  On March 17, 2011, Plaintiff filed its Second Amended Complaint and named Harry Martin and Does 1-1,480 as Defendants.  [Doc. No. 44]

the ISPs listed in its Complaint as potential subjects of discovery requests.  At that time,

Plaintiff's counsel began discussions with those ISPs to determine their ability to respond to any

subpoenas.

Plaintiff provides the following table outlining its progress in conducting the discovery

allowed as it relates to the IP addresses identified in Exhibit A to its Second Amended

Complaint:

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|---|---|---|---|---|---|---|
| AT&T/ Bellsouth/ SBC | 12/21/2010 | 3/31/2011; 6/30/2011; 9/30/2011; 12/23/2011 | 199 | 4/14/11* | 60 IPs received in 4/14/11 production | Plaintiff's counsel anticipates production on requested dates; Plaintiff's counsel has agreed with ISP for production on these dates according to ISP's production capabilities; Plaintiff's counsel experienced some technical issues with the first production, letters to Doe Defendants were sent on 5/24/11 |
| Atlantic Broadband | 12/21/2010 | 3/31/2011 | 4 | | | Plaintiff's counsel anticipating production; Plaintiff's counsel has sent email to counsel for ISP requesting update |
| Bresnan | 12/21/2010 | 2/28/2010 | 1 | N/A | 0 | Counsel for ISP has objected to subpoena and Court order |
| Charter | 12/21/2010 | 3/31/2011 | 58 | 2/28/11 | 48 | 56 IPs resolved; ISP not able to identify 2 IPs; information for 8 IPs withheld based on motions; Plaintiff's counsel sent letters on 3/7/11 |

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|---|---|---|---|---|---|---|
| Comcast | 12/23/2010 | 7/29/2011 | 479 | 6/17/11 | 399 | 399 IPs processed; 80 IPs unable to be identified; 25 IPs withheld for motions or additional time needed by ISP; Plaintiff's counsel sent letters to Doe Defendants on or about 7/13/11 |
| Cox | 12/21/2010 | 3/31/2011 | 88 | 4/13/11 | 17 | IP 98.186.79.43 withheld for objection; no records for 70 IPs; Plaintiff's counsel sent letters to Doe Defendants on or about 4/18/11 |
| Insight | 12/21/2010 | 3/31/2011 | 10 | 3/30/11 | 10 | Plaintiff's counsel sent letters to Doe Defendants on or about 4/6/11 |
| Mediacom | 12/23/2010 | 3/31/2011 | 18 | | | ISP stated that it will produce by end of July 2011 |
| Qwest | 1/18/11 | 3/31/11 | 66 | 4/6/11 | 63 | 2 IP addresses withheld for motions; 1 IP address withheld for settlement; Plaintiff's counsel sent letters to Doe Defendants on or about 4/13/11 |
| Time Warner/ Road Runner | | | 399 | *Time Warner has stated that it will not comply with any subpoena that requests information for IP addresses in addition to the 28 IP addresses it has been ordered to produce in two similar cases pending in front of Judge Collyer; Plaintiff's counsel does not intend to pursue this subpoena | | |

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|---|---|---|---|---|---|---|
| Verizon | 12/21/2010 | 7/29/2011 | 160 | 3/31/11* | 85 IPs processed – 13 IPs on 3/31/11; 12 IPs on 5/3/11; 20 IPs on 6/3/11; 30 IPs on 7/5/11 | Plaintiff's counsel anticipates full production by stated date; Plaintiff's counsel has agreed with ISP for production on that date according to ISP's production capabilities; Plaintiff's counsel sent letters to Doe Defendants on or about 4/7/11 for 13 IPs identified in 3/31/11 production; 4 IPs withheld for motions |
| Wave | 12/23/2010 | 2/28/2010 | 2 | N/A | 0 | ISP unable to identify either IP address |

Plaintiff responds to the additional specific Court directives as follows:

(i)      As of the date of this status report, and to the best of Plaintiff's counsel's knowledge, 637 of the IP addresses listed in Plaintiff's Second Amended Complaint have been resolved with identifying information, i.e. the true identities of those Doe Defendants has been discovered.[2]  As of the date of this status report, one Defendant – the named Defendant Harry Martin – has been served.  Defendant Martin was served on March 15, 2011.  On June 6, 2011, Plaintiff filed a notice of voluntary dismissal of Defendant Martin.  [Doc. No. 62]

(ii)     The following Doe Defendants are those identified by their IP address and whom are yet to be formally served but with whom Plaintiff has corresponded

---

[2]  Because some of the resolutions of IP addresses have resulted in identifying the same individual for multiple IP addresses, the number of IP addresses received may not equal the number of individuals identified.

regarding potential settlement (and indicating the date of such

correspondence):

| ISP | IP address | Date Data Received | Date Correspondence Sent |
|------|------------|--------------------|--------------------------|
| AT&T | 99.35.147.183 | 4/14/11 | 5/24/11 |
| AT&T | 99.152.39.113 | 4/14/11 | 5/24/11 |
| AT&T | 99.34.19.242 | 4/14/11 | 5/24/11 |
| AT&T | 99.34.30.246 | 4/14/11 | 5/24/11 |
| AT&T | 68.215.56.53 | 4/14/11 | 5/24/11 |
| AT&T | 65.2.10.194 | 4/14/11 | 5/24/11 |
| AT&T | 76.208.4.37 | 4/14/11 | 5/24/11 |
| AT&T | 76.242.43.64 | 4/14/11 | 5/24/11 |
| AT&T | 98.64.169.46 | 4/14/11 | 5/24/11 |
| AT&T | 99.183.169.50 | 4/14/11 | 5/24/11 |
| AT&T | 99.57.147.213 | 4/14/11 | 5/24/11 |
| AT&T | 74.243.192.250 | 4/14/11 | 5/24/11 |
| AT&T | 70.240.80.237 | 4/14/11 | 5/24/11 |
| AT&T | 75.16.113.123 | 4/14/11 | 5/24/11 |
| AT&T | 72.146.13.206 | 4/14/11 | 5/24/11 |
| AT&T | 99.69.234.124 | 4/14/11 | 5/24/11 |
| AT&T | 98.65.248.147 | 4/14/11 | 5/24/11 |
| AT&T | 76.233.247.122 | 4/14/11 | 5/24/11 |
| AT&T | 75.54.189.26 | 4/14/11 | 5/24/11 |
| AT&T | 98.66.49.142 | 4/14/11 | 5/24/11 |
| AT&T | 74.185.196.175 | 4/14/11 | 5/24/11 |
| AT&T | 70.252.135.49 | 4/14/11 | 5/24/11 |
| AT&T | 98.80.143.159 | 4/14/11 | 5/24/11 |
| AT&T | 99.152.48.250 | 4/14/11 | 5/24/11 |
| AT&T | 99.33.240.146 | 4/14/11 | 5/24/11 |
| AT&T | 76.202.150.167 | 4/14/11 | 5/24/11 |
| AT&T | 76.218.74.175 | 4/14/11 | 5/24/11 |
| AT&T | 99.32.236.45 | 4/14/11 | 5/24/11 |
| AT&T | 75.51.127.32 | 4/14/11 | 5/24/11 |
| AT&T | 74.235.89.114 | 4/14/11 | 5/24/11 |
| AT&T | 99.64.157.190 | 4/14/11 | 5/24/11 |
| AT&T | 99.144.119.231 | 4/14/11 | 5/24/11 |
| AT&T | 99.148.60.228 | 4/14/11 | 5/24/11 |
| AT&T | 99.147.139.213 | 4/14/11 | 5/24/11 |
| AT&T | 74.242.255.24 | 4/14/11 | 5/24/11 |
| AT&T | 98.82.80.145 | 4/14/11 | 5/24/11 |
| AT&T | 74.226.189.93 | 4/14/11 | 5/24/11 |
| AT&T | 99.88.16.228 | 4/14/11 | 5/24/11 |
| AT&T | 75.37.158.159 | 4/14/11 | 5/24/11 |

| | | | |
|---|---|---|---|
| AT&T | 98.70.113.74 | 4/14/11 | 5/24/11 |
| AT&T | 68.18.34.7 | 4/14/11 | 5/24/11 |
| AT&T | 66.157.179.65 | 4/14/11 | 5/24/11 |
| AT&T | 99.188.104.226 | 4/14/11 | 5/24/11 |
| AT&T | 99.181.12.8 | 4/14/11 | 5/24/11 |
| AT&T | 76.251.81.162 | 4/14/11 | 5/24/11 |
| AT&T | 76.220.200.112 | 4/14/11 | 5/24/11 |
| AT&T | 99.190.66.8 | 4/14/11 | 5/24/11 |
| AT&T | 99.73.149.86 | 4/14/11 | 5/24/11 |
| AT&T | 75.17.98.39 | 4/14/11 | 5/24/11 |
| AT&T | 69.177.231.223 | 4/14/11 | 5/24/11 |
| AT&T | 76.205.131.118 | 4/14/11 | 5/24/11 |
| AT&T | 99.141.138.208 | 4/14/11 | 5/24/11 |
| AT&T | 99.20.143.37 | 4/14/11 | 5/24/11 |
| AT&T | 76.240.244.198 | 4/14/11 | 5/24/11 |
| AT&T | 74.240.37.164 | 4/14/11 | 5/24/11 |
| Charter | 71.92.156.61 | 2/28/2011 | 3/7/11 |
| Charter | 75.132.208.184 | 2/28/2011 | 3/7/11 |
| Charter | 68.116.84.30 | 2/28/2011 | 3/7/11 |
| Charter | 68.115.0.171 | 2/28/2011 | 3/7/11 |
| Charter | 24.180.125.168 | 2/28/2011 | 3/7/11 |
| Charter | 75.139.101.217 | 2/28/2011 | 3/7/11 |
| Charter | 66.169.180.190 | 2/28/2011 | 3/7/11 |
| Charter | 97.82.220.168 | 2/28/2011 | 3/7/11 |
| Charter | 24.151.168.48 | 2/28/2011 | 3/7/11 |
| Charter | 66.189.100.236 | 2/28/2011 | 3/7/11 |
| Charter | 24.158.41.89 | 2/28/2011 | 3/7/11 |
| Charter | 24.171.75.208 | 2/28/2011 | 3/7/11 |
| Charter | 75.129.148.115 | 2/28/2011 | 3/7/11 |
| Charter | 97.92.222.151 | 2/28/2011 | 3/7/11 |
| Charter | 24.182.184.11 | 2/28/2011 | 3/7/11 |
| Charter | 68.189.139.98 | 2/28/2011 | 3/7/11 |
| Charter | 24.178.144.152 | 2/28/2011 | 3/7/11 |
| Charter | 96.40.108.197 | 2/28/2011 | 3/7/11 |
| Charter | 24.159.35.86 | 2/28/2011 | 3/7/11 |
| Charter | 24.179.73.253 | 2/28/2011 | 3/7/11 |
| Charter | 71.15.92.144 | 2/28/2011 | 3/7/11 |
| Charter | 97.93.245.194 | 2/28/2011 | 3/7/11 |
| Charter | 66.227.214.58 | 2/28/2011 | 3/7/11 |
| Charter | 24.180.160.243 | 2/28/2011 | 3/7/11 |
| Charter | 75.141.116.168 | 2/28/2011 | 3/7/11 |
| Charter | 24.217.88.159 | 2/28/2011 | 3/7/11 |
| Charter | 97.83.75.225 | 2/28/2011 | 3/7/11 |
| Charter | 68.117.198.169 | 2/28/2011 | 3/7/11 |
| Charter | 96.36.143.192 | 2/28/2011 | 3/7/11 |

| | | | |
|---|---|---|---|
| Charter | 71.86.91.11 | 2/28/2011 | 3/7/11 |
| Charter | 97.95.233.114 | 2/28/2011 | 3/7/11 |
| Charter | 68.114.223.75 | 2/28/2011 | 3/7/11 |
| Charter | 24.178.108.22 | 2/28/2011 | 3/7/11 |
| Charter | 24.205.98.210 | 2/28/2011 | 3/7/11 |
| Charter | 24.177.149.109 | 2/28/2011 | 3/7/11 |
| Charter | 97.92.216.87 | 2/28/2011 | 3/7/11 |
| Charter | 68.185.65.241 | 2/28/2011 | 3/7/11 |
| Charter | 96.38.87.177 | 2/28/2011 | 3/7/11 |
| Charter | 96.38.178.1 | 2/28/2011 | 3/7/11 |
| Charter | 96.35.242.74 | 2/28/2011 | 3/7/11 |
| Charter | 68.188.70.126 | 2/28/2011 | 3/7/11 |
| Charter | 71.83.100.245 | 2/28/2011 | 3/7/11 |
| Charter | 97.89.99.136 | 2/28/2011 | 3/7/11 |
| Charter | 71.80.109.231 | 2/28/2011 | 3/7/11 |
| Charter | 97.89.109.111 | 2/28/2011 | 3/7/11 |
| Charter | 24.231.204.34 | 2/28/2011 | 3/7/11 |
| Charter | 71.14.38.242 | 2/28/2011 | 3/7/11 |
| Comcast | 173.165.60.1 | 6/17/11 | 7/13/11 |
| Comcast | 75.149.190.26 | 6/17/11 | 7/13/11 |
| Comcast | 173.160.182.90 | 6/17/11 | 7/13/11 |
| Comcast | 70.88.33.150 | 6/17/11 | 7/13/11 |
| Comcast | 174.55.136.153 | 6/17/11 | 7/13/11 |
| Comcast | 24.98.162.246 | 6/17/11 | 7/13/11 |
| Comcast | 75.74.191.42 | 6/17/11 | 7/13/11 |
| Comcast | 69.249.228.20 | 6/17/11 | 7/13/11 |
| Comcast | 67.164.223.214 | 6/17/11 | 7/13/11 |
| Comcast | 98.222.135.174 | 6/17/11 | 7/13/11 |
| Comcast | 98.220.243.7 | 6/17/11 | 7/13/11 |
| Comcast | 71.202.58.36 | 6/17/11 | 7/13/11 |
| Comcast | 24.0.34.229 | 6/17/11 | 7/13/11 |
| Comcast | 67.165.167.227 | 6/17/11 | 7/13/11 |
| Comcast | 67.162.102.69 | 6/17/11 | 7/13/11 |
| Comcast | 174.58.139.22 | 6/17/11 | 7/13/11 |
| Comcast | 76.119.155.79 | 6/17/11 | 7/13/11 |
| Comcast | 98.202.37.205 | 6/17/11 | 7/13/11 |
| Comcast | 174.60.81.151 | 6/17/11 | 7/13/11 |
| Comcast | 67.161.226.130 | 6/17/11 | 7/13/11 |
| Comcast | 98.250.195.207 | 6/17/11 | 7/13/11 |
| Comcast | 71.233.48.127 | 6/17/11 | 7/13/11 |
| Comcast | 71.205.75.59 | 6/17/11 | 7/13/11 |
| Comcast | 98.242.186.221 | 6/17/11 | 7/13/11 |
| Comcast | 66.176.65.94 | 6/17/11 | 7/13/11 |
| Comcast | 98.199.169.212 | 6/17/11 | 7/13/11 |
| Comcast | 24.98.53.146 | 6/17/11 | 7/13/11 |

| Comcast | 71.233.201.172 | 6/17/11 | 7/13/11 |
|---------|----------------|---------|---------|
| Comcast | 76.108.216.107 | 6/17/11 | 7/13/11 |
| Comcast | 24.12.172.2 | 6/17/11 | 7/13/11 |
| Comcast | 68.80.201.152 | 6/17/11 | 7/13/11 |
| Comcast | 76.111.253.203 | 6/17/11 | 7/13/11 |
| Comcast | 98.201.47.251 | 6/17/11 | 7/13/11 |
| Comcast | 68.55.189.105 | 6/17/11 | 7/13/11 |
| Comcast | 98.196.247.100 | 6/17/11 | 7/13/11 |
| Comcast | 71.195.168.68 | 6/17/11 | 7/13/11 |
| Comcast | 67.173.111.133 | 6/17/11 | 7/13/11 |
| Comcast | 98.194.23.193 | 6/17/11 | 7/13/11 |
| Comcast | 68.44.95.19 | 6/17/11 | 7/13/11 |
| Comcast | 174.54.205.45 | 6/17/11 | 7/13/11 |
| Comcast | 76.122.31.23 | 6/17/11 | 7/13/11 |
| Comcast | 98.219.88.159 | 6/17/11 | 7/13/11 |
| Comcast | 69.181.148.124 | 6/17/11 | 7/13/11 |
| Comcast | 174.56.197.56 | 6/17/11 | 7/13/11 |
| Comcast | 67.185.153.151 | 6/17/11 | 7/13/11 |
| Comcast | 98.247.1.55 | 6/17/11 | 7/13/11 |
| Comcast | 68.56.16.250 | 6/17/11 | 7/13/11 |
| Comcast | 24.218.114.200 | 6/17/11 | 7/13/11 |
| Comcast | 71.228.174.245 | 6/17/11 | 7/13/11 |
| Comcast | 98.230.58.117 | 6/17/11 | 7/13/11 |
| Comcast | 24.11.129.41 | 6/17/11 | 7/13/11 |
| Comcast | 98.213.77.216 | 6/17/11 | 7/13/11 |
| Comcast | 76.122.28.143 | 6/17/11 | 7/13/11 |
| Comcast | 67.175.178.36 | 6/17/11 | 7/13/11 |
| Comcast | 71.63.176.147 | 6/17/11 | 7/13/11 |
| Comcast | 71.201.28.51 | 6/17/11 | 7/13/11 |
| Comcast | 98.239.160.28 | 6/17/11 | 7/13/11 |
| Comcast | 98.249.252.132 | 6/17/11 | 7/13/11 |
| Comcast | 174.48.238.103 | 6/17/11 | 7/13/11 |
| Comcast | 76.22.116.226 | 6/17/11 | 7/13/11 |
| Comcast | 98.220.245.26 | 6/17/11 | 7/13/11 |
| Comcast | 71.224.34.221 | 6/17/11 | 7/13/11 |
| Comcast | 24.60.131.10 | 6/17/11 | 7/13/11 |
| Comcast | 76.101.4.148 | 6/17/11 | 7/13/11 |
| Comcast | 24.11.222.162 | 6/17/11 | 7/13/11 |
| Comcast | 24.1.229.180 | 6/17/11 | 7/13/11 |
| Comcast | 75.67.215.217 | 6/17/11 | 7/13/11 |
| Comcast | 69.253.207.32 | 6/17/11 | 7/13/11 |
| Comcast | 67.185.136.76 | 6/17/11 | 7/13/11 |
| Comcast | 24.125.21.151 | 6/17/11 | 7/13/11 |
| Comcast | 98.220.93.255 | 6/17/11 | 7/13/11 |
| Comcast | 69.246.212.147 | 6/17/11 | 7/13/11 |

| Comcast | 75.65.59.159 | 6/17/11 | 7/13/11 |
|---------|--------------|---------|---------|
| Comcast | 98.215.237.158 | 6/17/11 | 7/13/11 |
| Comcast | 98.215.116.60 | 6/17/11 | 7/13/11 |
| Comcast | 69.136.196.2 | 6/17/11 | 7/13/11 |
| Comcast | 69.140.224.74 | 6/17/11 | 7/13/11 |
| Comcast | 68.47.64.94 | 6/17/11 | 7/13/11 |
| Comcast | 67.169.174.5 | 6/17/11 | 7/13/11 |
| Comcast | 71.205.60.193 | 6/17/11 | 7/13/11 |
| Comcast | 71.237.28.229 | 6/17/11 | 7/13/11 |
| Comcast | 98.202.88.20 | 6/17/11 | 7/13/11 |
| Comcast | 76.18.127.16 | 6/17/11 | 7/13/11 |
| Comcast | 76.16.26.12 | 6/17/11 | 7/13/11 |
| Comcast | 24.17.29.253 | 6/17/11 | 7/13/11 |
| Comcast | 24.118.50.155 | 6/17/11 | 7/13/11 |
| Comcast | 75.69.228.247 | 6/17/11 | 7/13/11 |
| Comcast | 67.191.4.89 | 6/17/11 | 7/13/11 |
| Comcast | 71.234.204.192 | 6/17/11 | 7/13/11 |
| Comcast | 75.75.51.248 | 6/17/11 | 7/13/11 |
| Comcast | 68.62.121.41 | 6/17/11 | 7/13/11 |
| Comcast | 76.127.3.143 | 6/17/11 | 7/13/11 |
| Comcast | 98.193.13.25 | 6/17/11 | 7/13/11 |
| Comcast | 75.71.128.50 | 6/17/11 | 7/13/11 |
| Comcast | 98.208.123.25 | 6/17/11 | 7/13/11 |
| Comcast | 98.255.9.141 | 6/17/11 | 7/13/11 |
| Comcast | 69.139.212.11 | 6/17/11 | 7/13/11 |
| Comcast | 98.250.1.220 | 6/17/11 | 7/13/11 |
| Comcast | 69.248.25.17 | 6/17/11 | 7/13/11 |
| Comcast | 76.99.58.42 | 6/17/11 | 7/13/11 |
| Comcast | 68.63.208.191 | 6/17/11 | 7/13/11 |
| Comcast | 98.196.125.85 | 6/17/11 | 7/13/11 |
| Comcast | 24.118.62.94 | 6/17/11 | 7/13/11 |
| Comcast | 98.247.254.54 | 6/17/11 | 7/13/11 |
| Comcast | 65.34.145.223 | 6/17/11 | 7/13/11 |
| Comcast | 98.213.69.157 | 6/17/11 | 7/13/11 |
| Comcast | 76.24.64.21 | 6/17/11 | 7/13/11 |
| Comcast | 98.224.237.128 | 6/17/11 | 7/13/11 |
| Comcast | 98.237.130.114 | 6/17/11 | 7/13/11 |
| Comcast | 98.219.170.230 | 6/17/11 | 7/13/11 |
| Comcast | 69.247.244.215 | 6/17/11 | 7/13/11 |
| Comcast | 71.234.74.246 | 6/17/11 | 7/13/11 |
| Comcast | 66.229.183.131 | 6/17/11 | 7/13/11 |
| Comcast | 68.42.91.209 | 6/17/11 | 7/13/11 |
| Comcast | 71.56.88.47 | 6/17/11 | 7/13/11 |
| Comcast | 71.206.74.54 | 6/17/11 | 7/13/11 |
| Comcast | 68.61.130.176 | 6/17/11 | 7/13/11 |

| | | | |
|---|---|---|---|
| Comcast | 24.20.158.135 | 6/17/11 | 7/13/11 |
| Comcast | 71.230.137.105 | 6/17/11 | 7/13/11 |
| Comcast | 98.233.204.47 | 6/17/11 | 7/13/11 |
| Comcast | 98.216.181.240 | 6/17/11 | 7/13/11 |
| Comcast | 71.194.87.101 | 6/17/11 | 7/13/11 |
| Comcast | 68.54.221.24 | 6/17/11 | 7/13/11 |
| Comcast | 69.247.73.57 | 6/17/11 | 7/13/11 |
| Comcast | 71.194.188.228 | 6/17/11 | 7/13/11 |
| Comcast | 76.98.89.35 | 6/17/11 | 7/13/11 |
| Comcast | 75.71.233.41 | 6/17/11 | 7/13/11 |
| Comcast | 76.114.59.167 | 6/17/11 | 7/13/11 |
| Comcast | 98.215.192.19 | 6/17/11 | 7/13/11 |
| Comcast | 24.218.83.147 | 6/17/11 | 7/13/11 |
| Comcast | 98.235.245.242 | 6/17/11 | 7/13/11 |
| Comcast | 71.205.179.29 | 6/17/11 | 7/13/11 |
| Comcast | 76.102.254.128 | 6/17/11 | 7/13/11 |
| Comcast | 98.226.124.6 | 6/17/11 | 7/13/11 |
| Comcast | 69.245.149.193 | 6/17/11 | 7/13/11 |
| Comcast | 71.205.183.38 | 6/17/11 | 7/13/11 |
| Comcast | 71.57.92.130 | 6/17/11 | 7/13/11 |
| Comcast | 76.117.96.86 | 6/17/11 | 7/13/11 |
| Comcast | 68.53.244.113 | 6/17/11 | 7/13/11 |
| Comcast | 71.201.42.232 | 6/17/11 | 7/13/11 |
| Comcast | 24.125.213.85 | 6/17/11 | 7/13/11 |
| Comcast | 68.63.34.176 | 6/17/11 | 7/13/11 |
| Comcast | 71.199.75.20 | 6/17/11 | 7/13/11 |
| Comcast | 71.192.156.235 | 6/17/11 | 7/13/11 |
| Comcast | 76.121.148.219 | 6/17/11 | 7/13/11 |
| Comcast | 76.124.158.177 | 6/17/11 | 7/13/11 |
| Comcast | 71.239.69.169 | 6/17/11 | 7/13/11 |
| Comcast | 76.122.183.20 | 6/17/11 | 7/13/11 |
| Comcast | 76.18.64.71 | 6/17/11 | 7/13/11 |
| Comcast | 71.195.255.101 | 6/17/11 | 7/13/11 |
| Comcast | 76.115.10.164 | 6/17/11 | 7/13/11 |
| Comcast | 71.207.221.135 | 6/17/11 | 7/13/11 |
| Comcast | 24.17.118.46 | 6/17/11 | 7/13/11 |
| Comcast | 24.10.73.167 | 6/17/11 | 7/13/11 |
| Comcast | 68.40.164.63 | 6/17/11 | 7/13/11 |
| Comcast | 24.9.249.143 | 6/17/11 | 7/13/11 |
| Comcast | 98.240.192.75 | 6/17/11 | 7/13/11 |
| Comcast | 69.140.15.147 | 6/17/11 | 7/13/11 |
| Comcast | 98.213.244.13 | 6/17/11 | 7/13/11 |
| Comcast | 174.56.205.215 | 6/17/11 | 7/13/11 |
| Comcast | 24.1.222.198 | 6/17/11 | 7/13/11 |
| Comcast | 75.70.58.88 | 6/17/11 | 7/13/11 |

| Comcast | 24.17.89.84 | 6/17/11 | 7/13/11 |
|---------|-------------|---------|---------|
| Comcast | 71.194.1.242 | 6/17/11 | 7/13/11 |
| Comcast | 69.250.35.70 | 6/17/11 | 7/13/11 |
| Comcast | 98.239.66.76 | 6/17/11 | 7/13/11 |
| Comcast | 67.176.5.90 | 6/17/11 | 7/13/11 |
| Comcast | 71.234.21.213 | 6/17/11 | 7/13/11 |
| Comcast | 76.118.104.133 | 6/17/11 | 7/13/11 |
| Comcast | 67.183.3.127 | 6/17/11 | 7/13/11 |
| Comcast | 75.66.246.17 | 6/17/11 | 7/13/11 |
| Comcast | 98.237.188.166 | 6/17/11 | 7/13/11 |
| Comcast | 67.177.185.12 | 6/17/11 | 7/13/11 |
| Comcast | 76.26.184.17 | 6/17/11 | 7/13/11 |
| Comcast | 68.55.202.147 | 6/17/11 | 7/13/11 |
| Comcast | 76.112.8.96 | 6/17/11 | 7/13/11 |
| Comcast | 98.254.83.174 | 6/17/11 | 7/13/11 |
| Comcast | 69.136.164.49 | 6/17/11 | 7/13/11 |
| Comcast | 98.222.148.129 | 6/17/11 | 7/13/11 |
| Comcast | 98.196.169.36 | 6/17/11 | 7/13/11 |
| Comcast | 71.201.2.215 | 6/17/11 | 7/13/11 |
| Comcast | 24.63.79.56 | 6/17/11 | 7/13/11 |
| Comcast | 98.252.140.218 | 6/17/11 | 7/13/11 |
| Comcast | 76.113.142.71 | 6/17/11 | 7/13/11 |
| Comcast | 24.16.181.138 | 6/17/11 | 7/13/11 |
| Comcast | 98.202.88.83 | 6/17/11 | 7/13/11 |
| Comcast | 68.62.247.49 | 6/17/11 | 7/13/11 |
| Comcast | 76.125.162.56 | 6/17/11 | 7/13/11 |
| Comcast | 75.70.226.120 | 6/17/11 | 7/13/11 |
| Comcast | 24.3.76.67 | 6/17/11 | 7/13/11 |
| Comcast | 24.20.160.114 | 6/17/11 | 7/13/11 |
| Comcast | 67.177.172.82 | 6/17/11 | 7/13/11 |
| Comcast | 24.129.52.41 | 6/17/11 | 7/13/11 |
| Comcast | 71.228.226.26 | 6/17/11 | 7/13/11 |
| Comcast | 76.27.171.238 | 6/17/11 | 7/13/11 |
| Comcast | 98.244.192.240 | 6/17/11 | 7/13/11 |
| Comcast | 76.107.233.239 | 6/17/11 | 7/13/11 |
| Comcast | 98.244.219.71 | 6/17/11 | 7/13/11 |
| Comcast | 76.22.168.51 | 6/17/11 | 7/13/11 |
| Comcast | 71.238.112.56 | 6/17/11 | 7/13/11 |
| Comcast | 76.120.20.81 | 6/17/11 | 7/13/11 |
| Comcast | 67.189.71.125 | 6/17/11 | 7/13/11 |
| Comcast | 24.17.92.213 | 6/17/11 | 7/13/11 |
| Comcast | 75.65.49.189 | 6/17/11 | 7/13/11 |
| Comcast | 76.98.125.24 | 6/17/11 | 7/13/11 |
| Comcast | 24.60.74.129 | 6/17/11 | 7/13/11 |
| Comcast | 66.229.236.188 | 6/17/11 | 7/13/11 |

| Comcast | 98.214.229.48 | 6/17/11 | 7/13/11 |
|---------|---------------|---------|---------|
| Comcast | 67.165.130.52 | 6/17/11 | 7/13/11 |
| Comcast | 76.106.176.191 | 6/17/11 | 7/13/11 |
| Comcast | 69.255.128.170 | 6/17/11 | 7/13/11 |
| Comcast | 71.228.179.246 | 6/17/11 | 7/13/11 |
| Comcast | 98.215.94.149 | 6/17/11 | 7/13/11 |
| Comcast | 76.29.43.209 | 6/17/11 | 7/13/11 |
| Comcast | 68.62.185.245 | 6/17/11 | 7/13/11 |
| Comcast | 98.236.128.250 | 6/17/11 | 7/13/11 |
| Comcast | 24.118.158.248 | 6/17/11 | 7/13/11 |
| Comcast | 76.125.247.152 | 6/17/11 | 7/13/11 |
| Comcast | 67.181.101.17 | 6/17/11 | 7/13/11 |
| Comcast | 67.182.232.4 | 6/17/11 | 7/13/11 |
| Comcast | 71.237.174.54 | 6/17/11 | 7/13/11 |
| Comcast | 68.41.149.93 | 6/17/11 | 7/13/11 |
| Comcast | 69.247.48.119 | 6/17/11 | 7/13/11 |
| Comcast | 76.115.238.173 | 6/17/11 | 7/13/11 |
| Comcast | 24.4.220.57 | 6/17/11 | 7/13/11 |
| Comcast | 76.124.118.1 | 6/17/11 | 7/13/11 |
| Comcast | 24.14.151.252 | 6/17/11 | 7/13/11 |
| Comcast | 71.199.73.100 | 6/17/11 | 7/13/11 |
| Comcast | 98.244.0.241 | 6/17/11 | 7/13/11 |
| Comcast | 76.119.68.128 | 6/17/11 | 7/13/11 |
| Comcast | 24.91.182.76 | 6/17/11 | 7/13/11 |
| Comcast | 65.96.70.212 | 6/17/11 | 7/13/11 |
| Comcast | 67.161.224.137 | 6/17/11 | 7/13/11 |
| Comcast | 98.230.141.186 | 6/17/11 | 7/13/11 |
| Comcast | 67.174.143.33 | 6/17/11 | 7/13/11 |
| Comcast | 98.240.124.20 | 6/17/11 | 7/13/11 |
| Comcast | 67.167.109.83 | 6/17/11 | 7/13/11 |
| Comcast | 24.10.0.58 | 6/17/11 | 7/13/11 |
| Comcast | 67.188.64.54 | 6/17/11 | 7/13/11 |
| Comcast | 67.185.69.116 | 6/17/11 | 7/13/11 |
| Comcast | 98.192.217.44 | 6/17/11 | 7/13/11 |
| Comcast | 71.61.16.192 | 6/17/11 | 7/13/11 |
| Comcast | 76.101.149.209 | 6/17/11 | 7/13/11 |
| Comcast | 68.44.48.225 | 6/17/11 | 7/13/11 |
| Comcast | 68.40.19.52 | 6/17/11 | 7/13/11 |
| Comcast | 174.48.0.229 | 6/17/11 | 7/13/11 |
| Comcast | 98.206.115.165 | 6/17/11 | 7/13/11 |
| Comcast | 98.206.20.109 | 6/17/11 | 7/13/11 |
| Comcast | 24.8.216.69 | 6/17/11 | 7/13/11 |
| Comcast | 75.73.33.185 | 6/17/11 | 7/13/11 |
| Comcast | 98.252.227.138 | 6/17/11 | 7/13/11 |
| Comcast | 98.240.207.154 | 6/17/11 | 7/13/11 |

| Comcast | 68.34.162.107 | 6/17/11 | 7/13/11 |
|---------|---------------|---------|---------|
| Comcast | 98.234.130.62 | 6/17/11 | 7/13/11 |
| Comcast | 76.17.184.49 | 6/17/11 | 7/13/11 |
| Comcast | 71.63.204.144 | 6/17/11 | 7/13/11 |
| Comcast | 24.2.120.127 | 6/17/11 | 7/13/11 |
| Comcast | 75.74.2.246 | 6/17/11 | 7/13/11 |
| Comcast | 24.21.195.158 | 6/17/11 | 7/13/11 |
| Comcast | 76.107.63.48 | 6/17/11 | 7/13/11 |
| Comcast | 98.239.159.210 | 6/17/11 | 7/13/11 |
| Comcast | 76.30.43.185 | 6/17/11 | 7/13/11 |
| Comcast | 67.184.196.36 | 6/17/11 | 7/13/11 |
| Comcast | 71.204.148.23 | 6/17/11 | 7/13/11 |
| Comcast | 98.224.73.59 | 6/17/11 | 7/13/11 |
| Comcast | 67.175.15.102 | 6/17/11 | 7/13/11 |
| Comcast | 76.25.52.37 | 6/17/11 | 7/13/11 |
| Comcast | 24.128.223.112 | 6/17/11 | 7/13/11 |
| Comcast | 65.34.144.174 | 6/17/11 | 7/13/11 |
| Comcast | 98.213.69.199 | 6/17/11 | 7/13/11 |
| Comcast | 98.218.32.112 | 6/17/11 | 7/13/11 |
| Comcast | 98.210.30.99 | 6/17/11 | 7/13/11 |
| Comcast | 71.229.74.236 | 6/17/11 | 7/13/11 |
| Comcast | 98.232.208.106 | 6/17/11 | 7/13/11 |
| Comcast | 98.228.154.86 | 6/17/11 | 7/13/11 |
| Comcast | 68.45.72.40 | 6/17/11 | 7/13/11 |
| Comcast | 76.16.8.153 | 6/17/11 | 7/13/11 |
| Comcast | 24.63.161.141 | 6/17/11 | 7/13/11 |
| Comcast | 76.107.46.181 | 6/17/11 | 7/13/11 |
| Comcast | 98.196.102.232 | 6/17/11 | 7/13/11 |
| Comcast | 67.176.109.246 | 6/17/11 | 7/13/11 |
| Comcast | 69.253.56.221 | 6/17/11 | 7/13/11 |
| Comcast | 98.223.77.222 | 6/17/11 | 7/13/11 |
| Comcast | 67.191.102.15 | 6/17/11 | 7/13/11 |
| Comcast | 24.11.241.157 | 6/17/11 | 7/13/11 |
| Comcast | 98.221.185.16 | 6/17/11 | 7/13/11 |
| Comcast | 68.59.168.64 | 6/17/11 | 7/13/11 |
| Comcast | 98.231.117.159 | 6/17/11 | 7/13/11 |
| Comcast | 98.202.208.7 | 6/17/11 | 7/13/11 |
| Comcast | 71.231.246.224 | 6/17/11 | 7/13/11 |
| Comcast | 24.30.58.76 | 6/17/11 | 7/13/11 |
| Comcast | 24.118.21.69 | 6/17/11 | 7/13/11 |
| Comcast | 69.181.130.80 | 6/17/11 | 7/13/11 |
| Comcast | 98.214.151.68 | 6/17/11 | 7/13/11 |
| Comcast | 68.81.216.142 | 6/17/11 | 7/13/11 |
| Comcast | 67.181.243.132 | 6/17/11 | 7/13/11 |
| Comcast | 76.105.65.231 | 6/17/11 | 7/13/11 |

| | | | |
|---|---|---|---|
| Comcast | 69.136.70.188 | 6/17/11 | 7/13/11 |
| Comcast | 69.247.204.251 | 6/17/11 | 7/13/11 |
| Comcast | 71.63.191.31 | 6/17/11 | 7/13/11 |
| Comcast | 68.62.140.211 | 6/17/11 | 7/13/11 |
| Comcast | 69.247.218.194 | 6/17/11 | 7/13/11 |
| Comcast | 98.194.220.204 | 6/17/11 | 7/13/11 |
| Comcast | 98.222.97.17 | 6/17/11 | 7/13/11 |
| Comcast | 71.233.180.23 | 6/17/11 | 7/13/11 |
| Comcast | 71.225.213.33 | 6/17/11 | 7/13/11 |
| Comcast | 98.240.200.99 | 6/17/11 | 7/13/11 |
| Comcast | 71.239.147.65 | 6/17/11 | 7/13/11 |
| Comcast | 68.62.171.204 | 6/17/11 | 7/13/11 |
| Comcast | 98.226.255.134 | 6/17/11 | 7/13/11 |
| Comcast | 68.35.237.233 | 6/17/11 | 7/13/11 |
| Comcast | 98.206.95.1 | 6/17/11 | 7/13/11 |
| Comcast | 98.227.126.212 | 6/17/11 | 7/13/11 |
| Comcast | 68.55.138.46 | 6/17/11 | 7/13/11 |
| Comcast | 66.41.210.44 | 6/17/11 | 7/13/11 |
| Comcast | 76.113.98.101 | 6/17/11 | 7/13/11 |
| Comcast | 76.20.94.220 | 6/17/11 | 7/13/11 |
| Comcast | 98.216.35.95 | 6/17/11 | 7/13/11 |
| Comcast | 174.58.135.14 | 6/17/11 | 7/13/11 |
| Comcast | 71.207.216.160 | 6/17/11 | 7/13/11 |
| Comcast | 75.64.97.92 | 6/17/11 | 7/13/11 |
| Comcast | 71.201.134.233 | 6/17/11 | 7/13/11 |
| Comcast | 76.120.130.4 | 6/17/11 | 7/13/11 |
| Comcast | 24.19.112.234 | 6/17/11 | 7/13/11 |
| Comcast | 67.162.125.228 | 6/17/11 | 7/13/11 |
| Comcast | 71.204.24.200 | 6/17/11 | 7/13/11 |
| Comcast | 67.161.249.226 | 6/17/11 | 7/13/11 |
| Comcast | 68.56.150.67 | 6/17/11 | 7/13/11 |
| Comcast | 76.123.111.147 | 6/17/11 | 7/13/11 |
| Comcast | 69.246.134.118 | 6/17/11 | 7/13/11 |
| Comcast | 67.189.154.154 | 6/17/11 | 7/13/11 |
| Comcast | 98.224.125.227 | 6/17/11 | 7/13/11 |
| Comcast | 76.118.242.125 | 6/17/11 | 7/13/11 |
| Comcast | 67.172.162.61 | 6/17/11 | 7/13/11 |
| Comcast | 24.131.6.218 | 6/17/11 | 7/13/11 |
| Comcast | 68.80.207.17 | 6/17/11 | 7/13/11 |
| Comcast | 69.254.11.4 | 6/17/11 | 7/13/11 |
| Comcast | 98.211.234.30 | 6/17/11 | 7/13/11 |
| Comcast | 76.113.60.143 | 6/17/11 | 7/13/11 |
| Comcast | 75.67.214.58 | 6/17/11 | 7/13/11 |
| Comcast | 98.237.170.54 | 6/17/11 | 7/13/11 |
| Comcast | 68.57.88.189 | 6/17/11 | 7/13/11 |

| | | | |
|---|---|---|---|
| Comcast | 98.235.21.165 | 6/17/11 | 7/13/11 |
| Comcast | 71.232.219.60 | 6/17/11 | 7/13/11 |
| Comcast | 67.171.248.142 | 6/17/11 | 7/13/11 |
| Comcast | 66.229.4.84 | 6/17/11 | 7/13/11 |
| Comcast | 98.240.130.85 | 6/17/11 | 7/13/11 |
| Comcast | 68.40.74.190 | 6/17/11 | 7/13/11 |
| Comcast | 68.58.151.43 | 6/17/11 | 7/13/11 |
| Comcast | 174.51.234.78 | 6/17/11 | 7/13/11 |
| Comcast | 98.216.244.12 | 6/17/11 | 7/13/11 |
| Comcast | 98.239.102.97 | 6/17/11 | 7/13/11 |
| Comcast | 76.120.135.123 | 6/17/11 | 7/13/11 |
| Comcast | 76.16.122.61 | 6/17/11 | 7/13/11 |
| Comcast | 76.101.4.244 | 6/17/11 | 7/13/11 |
| Comcast | 174.49.87.110 | 6/17/11 | 7/13/11 |
| Comcast | 76.20.83.119 | 6/17/11 | 7/13/11 |
| Comcast | 66.30.83.14 | 6/17/11 | 7/13/11 |
| Comcast | 24.17.173.59 | 6/17/11 | 7/13/11 |
| Comcast | 24.17.94.37 | 6/17/11 | 7/13/11 |
| Comcast | 98.245.237.240 | 6/17/11 | 7/13/11 |
| Comcast | 71.224.52.232 | 6/17/11 | 7/13/11 |
| Comcast | 69.181.128.107 | 6/17/11 | 7/13/11 |
| Comcast | 76.125.64.110 | 6/17/11 | 7/13/11 |
| Comcast | 98.208.40.110 | 6/17/11 | 7/13/11 |
| Comcast | 98.249.213.108 | 6/17/11 | 7/13/11 |
| Comcast | 24.21.75.251 | 6/17/11 | 7/13/11 |
| Comcast | 71.226.20.236 | 6/17/11 | 7/13/11 |
| Comcast | 67.191.40.41 | 6/17/11 | 7/13/11 |
| Comcast | 174.55.209.64 | 6/17/11 | 7/13/11 |
| Comcast | 67.184.172.173 | 6/17/11 | 7/13/11 |
| Cox | 70.178.131.198 | 4/13/11 | 4/18/11 |
| Cox | 70.170.75.201 | 4/13/11 | 4/18/11 |
| Cox | 68.0.220.251 | 4/13/11 | 4/18/11 |
| Cox | 174.70.63.55 | 4/13/11 | 4/18/11 |
| Cox | 68.5.70.249 | 4/13/11 | 4/18/11 |
| Cox | 68.110.84.88 | 4/13/11 | 4/18/11 |
| Cox | 24.250.35.192 | 4/13/11 | 4/18/11 |
| Cox | 70.161.83.233 | 4/13/11 | 4/18/11 |
| Cox | 98.186.180.47 | 4/13/11 | 4/18/11 |
| Cox | 98.170.251.9 | 4/13/11 | 4/18/11 |
| Cox | 70.184.4.242 | 4/13/11 | 4/18/11 |
| Cox | 72.197.47.70 | 4/13/11 | 4/18/11 |
| Cox | 68.14.129.116 | 4/13/11 | 4/18/11 |
| Cox | 68.8.96.39 | 4/13/11 | 4/18/11 |
| Cox | 72.211.140.33 | 4/13/11 | 4/18/11 |
| Cox | 72.199.55.165 | 4/13/11 | 4/18/11 |

| Cox | 68.7.31.199 | 4/13/11 | 4/18/11 |
|---|---|---|---|
| Insight | 74.133.22.6 | 3/30/2011 | 4/6/11 |
| Insight | 74.130.235.97 | 3/30/2011 | 4/6/11 |
| Insight | 74.132.40.236 | 3/30/2011 | 4/6/11 |
| Insight | 74.133.49.226 | 3/30/2011 | 4/6/11 |
| Insight | 74.131.89.17 | 3/30/2011 | 4/6/11 |
| Insight | 74.132.33.5 | 3/30/2011 | 4/6/11 |
| Insight | 96.28.80.238 | 3/30/2011 | 4/6/11 |
| Insight | 74.136.84.40 | 3/30/2011 | 4/6/11 |
| Insight | 74.128.116.8 | 3/30/2011 | 4/6/11 |
| Insight | 74.141.23.214 | 3/30/2011 | 4/6/11 |
| Qwest | 75.169.206.13 | 4/6/2011 | 4/13/11 |
| Qwest | 97.121.33.3 | 4/6/2011 | 4/13/11 |
| Qwest | 151.118.129.11 | 4/6/2011 | 4/13/11 |
| Qwest | 174.22.134.237 | 4/6/2011 | 4/13/11 |
| Qwest | 71.36.246.49 | 4/6/2011 | 4/13/11 |
| Qwest | 184.98.96.187 | 4/6/2011 | 4/13/11 |
| Qwest | 174.27.228.149 | 4/6/2011 | 4/13/11 |
| Qwest | 75.167.61.217 | 4/6/2011 | 4/13/11 |
| Qwest | 75.169.178.1 | 4/6/2011 | 4/13/11 |
| Qwest | 174.31.12.115 | 4/6/2011 | 4/13/11 |
| Qwest | 207.109.186.20 | 4/6/2011 | 4/13/11 |
| Qwest | 71.212.94.232 | 4/6/2011 | 4/13/11 |
| Qwest | 174.16.109.60 | 4/6/2011 | 4/13/11 |
| Qwest | 174.23.57.217 | 4/6/2011 | 4/13/11 |
| Qwest | 174.20.108.192 | 4/6/2011 | 4/13/11 |
| Qwest | 75.168.90.144 | 4/6/2011 | 4/13/11 |
| Qwest | 174.25.223.231 | 4/6/2011 | 4/13/11 |
| Qwest | 97.122.217.147 | 4/6/2011 | 4/13/11 |
| Qwest | 97.122.227.250 | 4/6/2011 | 4/13/11 |
| Qwest | 75.168.78.224 | 4/6/2011 | 4/13/11 |
| Qwest | 97.120.18.136 | 4/6/2011 | 4/13/11 |
| Qwest | 97.116.185.188 | 4/6/2011 | 4/13/11 |
| Qwest | 97.124.108.42 | 4/6/2011 | 4/13/11 |
| Qwest | 174.31.224.183 | 4/6/2011 | 4/13/11 |
| Qwest | 97.117.158.101 | 4/6/2011 | 4/13/11 |
| Qwest | 71.36.181.252 | 4/6/2011 | 4/13/11 |
| Qwest | 75.167.112.101 | 4/6/2011 | 4/13/11 |
| Qwest | 97.123.214.140 | 4/6/2011 | 4/13/11 |
| Qwest | 174.22.161.27 | 4/6/2011 | 4/13/11 |
| Qwest | 63.225.211.220 | 4/6/2011 | 4/13/11 |
| Qwest | 184.96.44.118 | 4/6/2011 | 4/13/11 |
| Qwest | 70.58.200.5 | 4/6/2011 | 4/13/11 |
| Qwest | 71.214.50.38 | 4/6/2011 | 4/13/11 |
| Qwest | 75.174.71.149 | 4/6/2011 | 4/13/11 |

| | | | |
|---|---|---|---|
| Qwest | 75.174.67.133 | 4/6/2011 | 4/13/11 |
| Qwest | 174.29.79.135 | 4/6/2011 | 4/13/11 |
| Qwest | 174.29.177.134 | 4/6/2011 | 4/13/11 |
| Qwest | 71.216.27.128 | 4/6/2011 | 4/13/11 |
| Qwest | 174.21.150.160 | 4/6/2011 | 4/13/11 |
| Qwest | 75.174.5.56 | 4/6/2011 | 4/13/11 |
| Qwest | 174.21.168.225 | 4/6/2011 | 4/13/11 |
| Qwest | 97.115.194.98 | 4/6/2011 | 4/13/11 |
| Qwest | 71.37.135.80 | 4/6/2011 | 4/13/11 |
| Qwest | 75.162.65.152 | 4/6/2011 | 4/13/11 |
| Qwest | 75.162.81.105 | 4/6/2011 | 4/13/11 |
| Qwest | 207.224.84.122 | 4/6/2011 | 4/13/11 |
| Qwest | 75.162.74.170 | 4/6/2011 | 4/13/11 |
| Qwest | 75.168.68.75 | 4/6/2011 | 4/13/11 |
| Qwest | 71.214.57.156 | 4/6/2011 | 4/13/11 |
| Qwest | 75.162.64.186 | 4/6/2011 | 4/13/11 |
| Qwest | 174.24.215.195 | 4/6/2011 | 4/13/11 |
| Qwest | 75.165.255.57 | 4/6/2011 | 4/13/11 |
| Qwest | 75.165.249.104 | 4/6/2011 | 4/13/11 |
| Qwest | 71.213.91.90 | 4/6/2011 | 4/13/11 |
| Qwest | 75.175.226.64 | 4/6/2011 | 4/13/11 |
| Qwest | 174.27.218.75 | 4/6/2011 | 4/13/11 |
| Qwest | 174.31.235.143 | 4/6/2011 | 4/13/11 |
| Qwest | 65.103.188.243 | 4/6/2011 | 4/13/11 |
| Qwest | 65.103.51.32 | 4/6/2011 | 4/13/11 |
| Qwest | 97.116.185.248 | 4/6/2011 | 4/13/11 |
| Qwest | 63.224.109.30 | 4/6/2011 | 4/13/11 |
| Verizon | 72.68.72.57 | 3/31/2011 | 4/7/11 |
| Verizon | 96.240.81.97 | 3/31/2011 | 4/7/11 |
| Verizon | 71.176.57.95 | 3/31/2011 | 4/7/11 |
| Verizon | 71.182.99.216 | 3/31/2011 | 4/7/11 |
| Verizon | 71.101.60.117 | 3/31/2011 | 4/7/11 |
| Verizon | 96.238.198.102 | 3/31/2011 | 4/7/11 |
| Verizon | 173.57.64.131 | 3/31/2011 | 4/7/11 |
| Verizon | 96.248.118.82 | 3/31/2011 | 4/7/11 |
| Verizon | 74.101.59.173 | 3/31/2011 | 4/7/11 |
| Verizon | 74.106.231.73 | 3/31/2011 | 4/7/11 |
| Verizon | 98.112.132.244 | 3/31/2011 | 4/7/11 |
| Verizon | 96.229.12.113 | 3/31/2011 | 4/7/11 |
| Verizon | 96.238.201.191 | 3/31/2011 | 4/7/11 |

(iii)      As detailed in the table, above, outlining Plaintiff's progress in conducting the

discovery allowed as it relates to the IP addresses identified, those ISPs have

been identified as subjects of discovery requests. As previously stated, those ISPs were first identified as potential subjects of discovery at or about the time of the filing of Plaintiff's initial Complaint and confirmed shortly after the Court's Order approving Plaintiff to conduct discovery, i.e. on or about October 23, 2010. As further detailed in the table, above, outlining Plaintiff's progress in conducting the discovery allowed as it relates to the IP addresses identified, the date on which any subpoena was served is provided as well as the anticipated timeline for production. As indicated above, Plaintiff's counsel anticipates receiving a significant number of subpoena productions in the very near future. Further, Plaintiff's counsel anticipates productions constituting a significant number of IP addresses from AT&T and Verizon beyond the previously stated deadline to cause process to be served upon all Defendants, i.e. May 2, 2011.[3] In working with AT&T and Verizon on this case and similar cases pending in this Court, Plaintiff's counsel has agreed to schedules for production for these ISPs that attempt to minimize the burdens on the ISPs and avoid any motions practice in court. The stated timelines of productions for these ISPs have been indicated by those ISPs' representatives as the earliest possible dates for production given the ISPs' capabilities.

(iv)     As of the date of this status report, Plaintiff has not brought suit in any other jurisdiction for similar claim(s) against Defendants who have been voluntarily dismissed from this action.

---

[3] On May 2, 2011, Plaintiff filed a motion requesting an additional extension of time to name and serve Defendants in this case. [Doc. No. 55]

Lastly, Plaintiff states that the identifying information for the following Doe Defendants has been withheld on the basis of motions being filed with the Court or more time necessary for the ISP to respond:

| ISP | IP address | Doc. No. |
|---|---|---|
| Charter | 24.171.58.78 | |
| Charter | 96.41.227.189 | 32 |
| Charter | 96.36.141.193 | |
| Charter | 24.180.184.235 | 31 |
| Charter | 66.190.51.26 | 33 |
| Charter | 24.183.61.29 | 23 |
| Charter | 68.190.139.130 | |
| Charter | 24.197.132.78 | |
| Comcast | 24.131.165.81 | 57, 58 |
| Comcast | 24.19.22.32 | |
| Comcast | 174.60.108.157 | |
| Comcast | 76.112.197.150 | 79 |
| Comcast | 76.107.24.172 | 84 |
| Comcast | 76.118.28.183 | |
| Comcast | 24.8.218.38 | |
| Comcast | 174.59.32.135 | |
| Comcast | 75.71.135.53 | |
| Comcast | 174.52.230.92 | 83 |
| Comcast | 98.192.15.27 | 73 |
| Comcast | 98.244.104.132 | |
| Comcast | 69.143.159.29 | |
| Comcast | 76.109.169.80 | 82 |
| Comcast | 24.7.167.174 | |
| Comcast | 76.19.186.183 | |
| Comcast | 67.168.83.118 | |
| Comcast | 98.242.81.47 | 75 |
| Comcast | 24.125.28.254 | |
| Comcast | 24.62.167.179 | |
| Comcast | 98.240.38.73 | |
| Comcast | 98.236.39.108 | 77 |
| Comcast | 66.177.230.240 | |
| Comcast | 174.55.160.187 | |
| Comcast | 68.39.53.193 | |
| Cox | 98.186.79.43 | 50 |
| Qwest | 70.58.73.128 | 19 |
| Qwest | 75.172.228.136 | 48 |
| Verizon | 173.59.169.120 | |
| Verizon | 173.78.24.19 | |

| Verizon | 173.76.237.31 | |
|---------|---------------|---|
| Verizon | 96.252.150.162 | |

Plaintiff notes that on April 8, 2011, by minute order, Magistrate Judge Facciola denied the motion filed by IP address 75.172.228.136 (Doc. No. 48).  Plaintiff's counsel has forwarded that minute order to Qwest and anticipates official production for that IP address.  Plaintiff also notes that, by minute order of June 7, 2011, Magistrate Judge Facciola granted a motion to withdraw motions docketed as Doc. Nos. 57 and 58.  According to Plaintiff's counsel's records, the outstanding Doe Defendant motions on the Court's docket are as follows[4]:

| ISP | IP address | Doc. No. | Opposition Doc. No. |
|-----|------------|----------|---------------------|
| Qwest | 70.58.73.128 | 19 | 26 |
| Charter | 24.183.61.29 | 23 | 27 |
| Charter | 24.180.184.235 | 31 | 35 |
| Charter | 96.41.227.189 | 32 | 36 |
| Charter | 66.190.51.26 | 33 | 37 |
| Cox | 98.186.79.43 | 50[5] | 54 |
| Comcast | 98.192.15.27 | 73 | Will be filed by 7/26/11 |
| | | 74 | Will be filed by 7/26/11 |
| Comcast | 98.242.81.47 | 75 | Will be filed by 7/26/11 |
| | | 76 | Will be filed by 7/26/11 |
| Comcast | 98.236.39.108 | 77 | Will be filed by 7/26/11 |
| | | 78 | Will be filed by 7/26/11 |
| Comcast | 76.112.197.150 | 79 | Will be filed by 7/26/11 |
| | | 80 | Will be filed by 7/26/11 |
| | | 81 | Will be filed by 7/26/11 |
| Comcast | 76.109.169.80 | 82 | Will be filed by 7/26/11 |
| Comcast | 174.52.230.92 | 83 | Will be filed by 7/26/11 |
| Comcast | 76.107.24.172 | 84 | Will be filed by 7/26/11 |

---

[4]  On June 22, 2011, Magistrate Judge Facciola issued orders on the outstanding motions directing the Doe Defendants to explain their justification for remaining anonymous and directing Plaintiff to forward the orders to the respective ISPs, who in turn were to forward the orders to the Doe Defendants.  [See Doc. Nos. 65-71]  Plaintiff's counsel forwarded the orders to the respective ISPs on June 22, 2011 via email.

[5]  By minute order of April 8, 2011, Magistrate Judge Facciola denied the motion for protective order docketed as Doc. No. 50 but did not rule on the motion to quash and/or vacate subpoena and motion to dismiss for lack of personal jurisdiction also docketed as Doc. No. 50.

Respectfully submitted,
DATED:  July 15, 2011                              Cornered, Inc.

By:   /s/ _____
      Thomas M. Dunlap (D.C. Bar # 471319)
      Nicholas A. Kurtz (D.C. Bar # 980091)
      DUNLAP, GRUBB & WEAVER, PLLC
      1200 G Street, NW Suite 800
      Washington, DC 20005
      Telephone: 202-316-8558
      Facsimile: 202-318-0242
      tdunlap@dglegal.com
      nkurtz@dglegal.com
      *Attorneys for the Plaintiff*