December 18, 2012

UNITED STATES DISTRICT COURT
For the DISTRICT of COLUMBIA

RE: Cornered, Inc.,   V.  Daniel E. Kane Jr.

case number:  CV-10-1476 (JEB/JMF)

ISP: Charter Communications

## AFFIDAVIT IN SUPPORT OF MOTIONS TO DISMISS, MOTION TO QUASH, AND GENERAL DEFENSES

**Filed Under Penalty of Perjury**

I, Daniel Kane, the Affiant, am making and filing this affidavit to deny any liability or wrong doing alledged against me in the subject lawsuit

I hereby certify that the following statements are true, and upon being first duly sworn on oath and before a person authorized to take swear and accept such oath, I, the Affiant, sayeth that:

1. Affiant, was contacted by Charter Communications internet security division in late 2010. They stated that affiant had exceeded there download limit six fold and could be caused a virus or someone had gained access to their wireless router. Charter Communications suggested the affiant take measures to secure the network. After doing so, Charter Communications saw a drastic reduction in there download amount.

2. Affiant had their computer, and other internet devices, inspected by a technician and found an infection of malicious software installed without consent of Affiant. Through this malicious software, a user, other than the Affiant, could have routed peer-to-peer traffic through the computer of Affiant and making it appear to the Plaintiff as if the Affiant had committed an act of infringement.

3. Affiant runs an operating system (e.g. Linux, Windows Server, etc.) which would allow a

RECEIVED
Mail Room

DEC 26 2012

bittorrent client to be operated by a remote user, and had such system open to multiple users at the time of alleged infringement. A user, other than the Affiant, could have committed the alleged infringement.

4. Affiant has multiple computers in their residence used by multiple users (family members, roomates, friends, visitors, etc.), that all share the same IP address (internet connection).

5. Affiant, under penalty of perjury, certifies to this court that they have no knowledge of the alleged infringement.

FURTHER, AFFIANT SAYETH NAUGHT.

BY SIGNING BELOW, I hereby declare, certify, verify, and state, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.  Dated  12/18/2012

Daniel Kane      X _____ , pro se

**THE FOREGOING FACTS** were sworn to, subscribed and acknowledged as true before me on this

_13_ day, of ___December___ , 2012, by _____ , who is

personally known to me or who produced a valid state driver's license as identification and who did

take an oath.

**Notary Public – State Of Illinois**

Printed Name: _MARY J. CLARKS_

My Commission No.:

My Commission Expires: _10-04-14_

Dated this  18th day of December 2012

"OFFICIAL SEAL"
Notary ... Illinois
My Commission Expires  10/04/14

(notary seal)

Respectfully submitted,

X _____ , pro se

Daniel Kane
328 7th Ave.
Marengo, IL. 60152